Varice SMITH, Jr., Plaintiff-Appellant,

v.

OLIN CHEMICAL CORPORATION et al., Defendants-Appellees.

No. 75–1024.

United States Court of Appeals, Fifth Circuit.

Nov. 3, 1976.

Norbert A. Simmons, New Orleans, La., for plaintiff-appellant.

Wm. R. Tete, Lake Charles, La., William B. Dickinson, Stamford, Conn., for defendants-appellees.

Before BROWN, Chief Judge, and WISDOM, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.*

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 535 F.2d 862, reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

* Due to illness THORNBERRY, Circuit Judge, did not participate in this decision.